### R. B. MORROW v. STATE.
#### No. 15954.

Court of Criminal Appeals of Texas.
May 17, 1933.

Art Schlofman and Jno. H. Merchant, both of Dalhart, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for aggravated assault; punishment, seven months in the county jail.

We find in the record no statement of facts, and without this it is impossible for us to appraise the bills of exception which appear in the record. The court charged, and as far as we can tell correctly, upon assault to murder with and without malice aforethought, also upon aggravated assault and simple assault.

Finding no error in the record, the judgment will be affirmed.